**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                              CASE NO: 05-13666-JAB

CLARK, PAUL S
CLARK, WANDA L

      Debtor(s)

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

    COMES NOW, ALEXANDER G. SMITH, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the order of distribution, he has disbursed the entre amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant Name and Address | Amount |
|---|---|---|---|
| NA | 10113 | Clark, Paul S | $17,467.00 |
| Surplus to Debtor | | Clark, Wanda L | |
| | | 409 Ocean Marina Drive | |
| | | Flagler Beach, FL 32136 | |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $17,467.00 to the clerk for deposit in the "unclaimed funds account" and states that the claimant(s) thereto are as listed above.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by to the U.S. Trustee, 801 North Florida Avenue, Tampa, FL 33602.

                                                        ALEXANDER G. SMITH P.A.

                                                       ***/S/ ALEXANDER G. SMITH***
                                                       ALEXANDER G. SMITH
                                                       Chapter 7 Trustee
                                                       Fla. Bar ID #140323
                                                      2601 University Blvd. West
                                                        Jacksonville, FL 32217
                                                        (904) 733-3822